
FILED
DISTRICT COURT OF GUAM
AUG 30 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IKUO YOSHIZAWA,<br><br>Defendant. | Criminal Case No. 94-00133<br><br><br>ORDER |

The Rule 35 Motion in this case is presently scheduled to be heard on September 15, 2005. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the hearing on this matter be rescheduled to October 6, 2005, at 1:30 P.M. before the Honorable Lloyd D. George.*

SO ORDERED this 30th day August, 2005.

S. JAMES OTERO**
District Court of Guam

---

*The Honorable Lloyd D. George, United States Senior District Judge for District of Nevada, by designation.

**The Honorable S. James Otero, United States District Judge for Central District of California, by designation

Case 1:94-cr-00133   Document 24   Filed 08/30/2005   Page 1 of 1