JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IKUO YOSHIZAWA

FILED
DISTRICT COURT OF GUAM
OCT - 5 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) 94-00133 |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE RULE 35 |
| | ) MOTION HEARING |
| vs. | ) |
| IKUO YOSHIZAWA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Rule 35 Motion hearing currently scheduled for Thursday, October 6, 2005, at 1:30 p.m. be continued for approximately one month or a date convenient for the Court's calendar.

The defendant, Ikuo Yoshizawa, was sentenced on May 11, 2005. Pursuant to Federal Rules of Criminal Procedure, Rule 35(b)(1), the government may move this Court within one year of sentencing to reduce a defendant's sentence if the defendant has provided substantial assistance or reducing the sentence accords with United States Sentencing Commission's guidelines or policy statements. Thus, the government has until May 10, 2006, to file a Rule 35 Motion in this matter.



ORIGINAL

The parties request this one month continuance to allow the government to fully assess and evaluate the nature and extent of defendant's post-sentencing cooperation. Defense counsel also requests additional time to further research the issue of the proper restitution in this matter.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Yoshizawa's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Yoshizawa has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, October 4, 2005.

_____
JOHN T. GORMAN
Attorney for Defendant
IKUO YOSHIZAWA

_____
JEFFREY STRAND
Attorney for Plaintiff
UNITED STATES OF AMERICA

2