JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
IKUO YOSHIZAWA



**FILED**
DISTRICT COURT OF GUAM
OCT -5 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 94-00133 |
| | ) | |
| Plaintiff, | ) | ORDER re STIPULATION TO CONTINUE |
| | ) | Rule 35 MOTION HEARING |
| vs. | ) | |
| | ) | |
| IKUO YOSHIZAWA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Stipulation filed on October 5, 2005, to continue the Rule 35 Motion Hearing to

December 7, 2005, at 9:30 a.m., before the Honorable D. Lowell Jensen is HEREBY

APPROVED AND SO ORDERED.

SO ORDERED this 5th day of October 2005.

LLOYD D. GEORGE*
United States District Judge

---

*The Honorable Lloyd D. George, United States Senior District Judge for the Western District of Washington, sitting by designation