(ccc)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant

FILED
DISTRICT COURT OF GUAM
OCT 26 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 94-00133 |
| Plaintiff, | ( | SUBSTITUTION OF ATTORNEYS |
| vs. | ( | |
| IKUO YOSHIZAWA, | ( | |
| Defendant. | ( | |

------------

Ikuo Yoshizawa, defendant herein, substitutes Howard Trapp Incorporated, Howard Trapp, Esq., as his retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, his court-appointed attorney of record in the above-entitled proceeding, each of the undersigned consenting

--------------------

ORIGINAL

(SUBSTITUTION OF ATTORNEYS)
Case No. CR 94-00133

hereto.

Dated at Hagåtña, Guam, this 17th day of October, 2005.

_____
IKUO YOSHIZAWA
Defendant

_____
JOHN T. GORMAN
For OFFICE OF THE FEDERAL PUBLIC
  DEFENDER
Withdrawing attorney for
  defendant

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Substituting attorney for
  defendant

(\DOCUMENT\Subatty.IYoshizawa)

2