(ooo)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Substituting attorney for defendant



FILED
DISTRICT COURT OF GUAM

OCT 2 6 2005

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( | Case No. CR 94-00133 |
| Plaintiff, | ) ( ) | ORDER |
| vs. | ( ) | |
| IKUO YOSHIZAWA, | ( ) | |
| Defendant. | ( | |

------------

Defendant Ikuo Yoshizawa, having filed a substitution of attorneys, and the Court being fully advised,

IT IS ORDERED that the substitution of attorneys is approved, and

IT IS FURTHER ORDERED that Howard Trapp Incorporated, Howard Trapp, Esq., is substituted as defendant Ikuo Yoshizawa's retained attorney of record in the above-entitled proceeding in the place and stead of the Office of the Federal Public Defender, John T. Gorman, Esq., Federal Public Defender, his court appointed

--------------------

(ORDER)
Case No. CR 94-00133

attorney of record in the above-entitled proceeding.

Dated this 26th day of October, 2005.

/s/ Joaquin V.E. Manibusan, Jr.
JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(\DOCUMENT\Order.IYoshizawa)

**RECEIVED**
OCT 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2