(lda)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



**FILED**
DISTRICT COURT OF GUAM

NOV 17 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Case No. CR 94-00133 |
| Plaintiff, | ( ) | ORDER |
| vs. | ( ) | |
| IKUO YOSHIZAWA, | ( ) | |
| Defendant. | ( | |

------------

Defendant having moved the Court for an order that the Rule 35 motion hearing, together with the setting of a date to self-surrender, heretofore set for December 7, 2005, be postponed and continued for approximately two months, and the government not only having no objection thereto but also joining therein, and good cause appearing therefor, and the Court otherwise being fully informed,

IT IS ORDERED that the Rule 35 motion, together with the setting of

**ORIGINAL**

(ORDER)
Case No. CR 94-00133

a date to self-surrender, heretofore set for December 7, 2005, be postponed and continued to Feb. 6, 2006, at 2:00 P.M.

Dated at Hagåtña, Guam, this 17th day of November, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District Court of Guam

(ORDER.IYoshizawa)



RECEIVED
NOV 15 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM