DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
FEB -7 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 94-00133                    DATE: February 6, 2006

**HON. LARRY ALAN BURNS, Designated Judge**        Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:19:25 - 3:38:13 CSO: J. McDonald / J. Lizama

**********************APPEARANCES**************************

**DEFT:** IKUO YOSHIZAWA                           **ATTY:** HOWARD TRAPP
( X ) PRESENT ( ) CUSTODY ( X ) BOND ( ) P.R.     ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY:** JEFF STRAND                     **AGENT:** JOE AUTHOR, FBI

**U.S. PROBATION:** MARIA CRUZ                     **U.S. MARSHAL:** W. GRAY / C. MARQUEZ

**INTERPRETER:** TAMIO CLARK        **LANGUAGE:** JAPANESE

**PROCEEDINGS:**       **RULE 35 MOTION HEARING / RE-SENTENCING**

( ) MOTION(s) ARGUED BY   ( ) GOVERNMENT     ( ) DEFENDANT(s)
( X ) MOTION(s)  X  Granted ____Denied ___Withdrawn ____Under Advisement
( ) ORDER SUBMITTED       ____Approved        ____Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court Granted the Rule 35 Motion. No further written order will be forth coming.

Defendant was sentenced to Probation for a term of one year. The term of Probation will include the condition that he not commit another federal, state, or local offense. All fines were waived by the Court. No restitution was imposed by the Court for reasons stated on the record. Defendant was ordered to pay a Special Assessment Fee of $100.00 immediately after sentencing.

Defendant was released as previously ordered by the Court.

Courtroom Deputy: _____