# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>              Plaintiff,<br><br>     vs.<br><br>Ikuo Yoshizawa,<br><br>              Defendant. | Case No. 1:94-cr-00133<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Judgment and Notice of Entry filed February 14, 2006,*** on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 14, 2006* | *February 14, 2006* | *February 14, 2006*<br>*Judgment Only* | *February 14, 2006*<br>*Judgment Only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Judgment and Notice of Entry filed February 14, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 15, 2006                                  /s/ Marilyn B. Alcon
                                                                                    Deputy Clerk