# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Ikuo Yoshizawa,<br><br>        Defendant. | Case No. 1:94-cr-00133<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Amended Judgment and the Notice of Entry filed February 16, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *February 16, 2006* | *February 17, 2006* | *February 16, 2006* | *February 17, 2006* |
| | | *(Amended Judgment only)* | *(Amended Judgment only)* |

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Amended Judgment and the Notice of Entry filed February 16, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 17, 2006                       /s/ Leilani R. Toves Hernandez
                                                             Deputy Clerk