
# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 94-00133-001 |
| Plaintiff, | ) | |
| vs. | ) | **REQUEST TO TRAVEL** |
| IKUO YOSHIZAWA | ) | |
| Defendant. | ) | |

On May 11, 2005, Ikuo Yoshizawa was sentenced in the District Court of Guam before the Honorable David Q. Carter to an imprisonment term of twenty months followed by a supervised release term of five years for Wire Fraud, in violation of 18 U.S.C. § 1343. On February 6, 2006, in a reduction of sentence, Mr. Yoshizawa was resentenced before the Honorable Larry A. Burns to a supervised probation term of one year. Conditions imposed at resentencing included that Mr. Yoshizawa not possess and refrain from unlawful use of a controlled substance, and submit to a drug test within 15 days of placement on probation, and at least two periodic drug tests thereafter, as determined by the court; comply with the standard conditions of that have been adopted by the court; and pay a $100 special assessment fee.

Mr. Yoshizawa was initially arrested on October 26, 1994 on Guam pursuant to a warrant from the District of the Northern Mariana Islands, where he had resided since 1979. He was subsequently released on personal recognizance without pretrial supervision, and returned to Saipan, Commonwealth of the Northern Mariana Islands, where he continued to reside since. Since he was not subjected to pretrial supervision during the past 11 years, Mr. Yoshizawa has traveled between Japan, Republic of the Philippines, Guam, and the Commonwealth of the Northern Mariana Islands for business and family purposes. Mr. Yoshizawa returned to Saipan after sentencing at the advise of his attorney. He returned to the District of Guam, again at the advise of his attorney, upon receipt of the judgment.

Mr. Yoshizawa is requesting to travel to Manila, Republic of the Philippines, from February 22, 2006 to March 3, 2006, and return to his home in Saipan. While in the Philippines, he will visit his three sons, Jun (age 16), Reiji (age 15), and Kazu (age 10), who reside with their mother; and attend a parent-teacher conference. He will also open a Japanese language school. A transfer of supervision to the District of the Northern Mariana Islands is also being investigated.

In light of Mr. Yoshizawa's circumstances, this Officer supports his request to travel to the Republic of the Philippines and return to his home in Saipan, Commonwealth of the Northern Mariana Islands, and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: FOR: Judy Ann J. Ocampo
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer