| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. Courthouse<br>520 W. Soledad Avenue<br>Agana, Guam 96910 |
|---|---|---|

**ORIGINAL**

IKUO YOSHIZAWA
USDC Cr. Cs. No. 94-00133-001
DOB: XX-XX-1958
SSN: XXX-XX-0107
Height: 5'3"
Weight: 159



DATE: February 22, 2006

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE AUTHORIZED TO TRAVEL TO   Manila, Republic of the Philippines, and Saipan, CNMI

LEAVING   February 22, 2006   AND RETURNING   N/A

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

**PURPOSE OF THIS TRIP:**

Business and visit children.

Address: Makati Palace Hotel, P. Burgas Corner Cacares St., Makati City, Republic of the Philippines.

Saipan: Return home on March 3, 2006.

**SPECIAL INSTRUCTIONS:** (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while in the Republic of the Philippines.

2. You shall report within 24 hours upon arrival in Saipan, CNMI, to U.S. Probation Officer Melinda Brunson at (670) 236-2991/2989.

**RECEIVED**
FEB 22 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ Judy Ann Y. Ocampo
ROSSANNA VILLAGOMEZ-AGUON
UNITED STATES PROBATION OFFICER

NAME   CUSPO Frank Michael Cruz
ADDRESS   U.S. Probation Office
4th Floor, Horiguchi Building, Room #4D
Garapan, Saipan

[X] APPROVED   [ ] DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge