PROB 12A
(7/93)

# United States District Court

for

*the District of Guam*

FILED
DISTRICT COURT OF GUAM
MAR -9 2006 9p
MARY L.M. MORAN
CLERK OF COURT

## Report on Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | **Ikuo Yoshizawa** | Case Number: | **CR 94-00133-001** |

Name of Sentencing Judicial Officer:     Larry A. Burns

Date of Original Sentence:     February 6, 2006

Original Offense:     Wire Fraud, in violation of 18 U.S.C. § 1343.

Original Sentence:     One year supervised probation with conditions that he not possess and refrain from unlawful use of a controlled substance, and submit to a drug test within 15 days of placement on probation, and at least two periodic drug tests thereafter, as determined by the court; comply with the standard conditions of that have been adopted by the court; and pay a $100 special assessment fee.

Type of Supervision:     Probation        Date Supervision Commenced: February 6, 2006

### NONCOMPLIANCE SUMMARY

<u>Violation Number</u>     <u>Nature of Noncompliance</u>

The defendant shall not leave the judicial district without the permission of the court or probation officer.



Mr. Yoshizawa was initially arrested on October 26, 1994 on Guam pursuant to a warrant from the District of the Northern Mariana Islands, where he had resided since 1979. He was subsequently released on personal recognizance, and returned to Saipan, Commonwealth of the Northern Mariana Islands, where he continued to reside. Mr. Yoshizawa did not have a condition for pretrial supervision during the past 11 years, and has traveled extensively between Japan, Republic of the Philippines, Guam, and the Commonwealth of the Northern Mariana Islands, for business and family purposes. He operates the following businesses: an English language school in Japan; the Beef Bowl House restaurant in Guam; a Japanese language school in the Philippines; and three businesses on Saipan. In addition, his ex-wife and three sons reside in the Philippines. In a confusion over the supervision of his probation term, Mr. Yoshizawa returned to Saipan after sentencing at the advise of his attorney. He returned to the District of Guam, again at the advise of his attorney, upon receipt of the judgment.

Mr. Yoshizawa's residency has been investigated in the District of the Northern Mariana Islands and supervision of his case is being transferred to that district. This report is submitted for informational purposes only, and it is requested that no action be taken. Mr. Yoshizawa's compliance will continue to be monitored and reported accordingly.

Reviewed by:

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
Date: MARCH 7, 2006

Respectfully submitted,

by: ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Date: 3/7/06

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

RECEIVED
MAR - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Signature of Judicial Officer

March 9, 2006
Date