❦PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT

FOR THE

*District of Guam*

**FILED**
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

IKUO YOSHIZAWA

CRIMINAL CASE NO. 94-00133-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 5, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

RECEIVED
FEB 21 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By /s/
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

/s/
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 23rd day of February 2007.

/s/
Honorable Frances M. Tydingco-Gatewood
Chief Judge
U.S. District Court for Guam

**ORIGINAL**